**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEON HARRIS, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and ARVEST CENTRAL MORTGAGE COMPANY,<br><br>        Defendants. | Case No. 2:18-cv-01291-GMN-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COME NOW Plaintiff, Leon Harris, Jr. ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiffs' Complaint.

On July 16, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 8, 2018. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until August 29, 2018.

Dated this 31st day of July, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
_____
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*


**KNEPPER & CLARK LLC**

/s/ *Miles N. Clark*
_____
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile:  (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
*Counsel for Plaintiff*

## **ORDER**

IT IS SO ORDERED Trans Union has to file responsive pleadings to Plaintiff's Complaint until August 29, 2018..

Dated August 1, 2018

_____
UNITED STATES MAGISTRATE JUDGE