| | |
|---|---|
| 1 | **JASON G. REVZIN** |
| | Nevada Bar No. 8629 |
| 2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 3 | 6385 S. Rainbow Blvd., Suite 600 |
| | Las Vegas, Nevada 89118 |
| 4 | Telephone: (702) 893-3383 |
| | Facsimile: (702) 893-3789 |
| 5 | Email: jason.revzin@lewisbrisbois.com |
| 6 | **COUNSEL FOR DEFENDANT TRANS UNION LLC** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEON HARRIS, JR., | Case No. 2:18-cv-01291-GMN-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and ARVEST CENTRAL MORTGAGE COMPANY, | |
| Defendants. | |

Plaintiff Leon Harris, Jr. ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

On September 7, 2018, Plaintiff filed his First Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's First Amended Complaint is September 21, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's First Amended Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including October 5, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 20th day of September, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*


**KNEPPER & CLARK LLC**

*/s/ Matthew I. Knepper*

Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile:  (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
*Counsel for Plaintiff*

**SNELL & WILMER**

*/s/ Bradley T. Austin*

Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5454
Email: baustin@swlaw.com
*Counsel for Equifax Information Services LLC*

**CASE NO. 2:18-CV-01291 GMN-CWH**
**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**

4827-8030-3987.1
3017767.1

2

Dated this 20th day of September, 2018

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*

Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@naylorandbrasterlaw.com
Email: ashaples@naylorandbrasterlaw.com

Katherine A. Neben
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email: kneben@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Ramir M. Hernandez*

Ace C. Van Patten
Nevada Bar No. 11731
Ramir M. Hernandez
Nevada Bar No. 13146
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone: (702) 475-7964
Facsimile: (702) 946-1345
Email: avanpatten@wrightlegal.com
*Counsel for Arvest Central Mortgage Company*

**CASE NO. 2:18-CV-01291 GMN-CWH**
**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff Leon Harris, Jr.'s First Amended Complaint up to and including October 5, 2018 IS SO ORDERED.

Dated: September 25, 2018

_____
UNITED STATES MAGISTRATE JUDGE

**CASE NO. 2:18-CV-01291 GMN-CWH**
**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**