| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| | Nevada Bar No. 12503 |
| 2 | **CLARK HILL PLLC** |
| 3 | 3800 Howard Hughes Parkway, Suite 500 |
| | Las Vegas, Nevada 89169 |
| 4 | E-mail: jthompson@clarkhill.com |
| | Telephone: (702) 862-8300 |
| 5 | Facsimile: (702) 862-8400 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEON HARRIS, JR., | | Case No.: 2:18-cv-01291-GMN-CWH |
| | Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; AND ARVEST CENTRAL MORTGAGE COMPANY, | | |
| | Defendants. | |

Equifax Information Services, LLC hereby substitutes Jeremy J. Thompson, Address: 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169; Telephone: (702) 862-8300, as attorney of record in place and stead of: Bradley T. Austin, Snell & Wilmer LLP, 3883 Howard Hughes Pkwy., Ste. 1100, Las Vegas, NV 89169.

DATED: 1/4/19

_Kristin N. Zulmaski_
Equifax Information Services, LLC

I consent to the above substitution.

DATED: 1/3/19

_Bradley T. Austin, Esq._

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 1/2/2019

_Jeremy J. Thompson, Esq._

IT IS SO ORDERED.

DATED: **Jan 07, 2019**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Please check one: _____ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: _____

_____
UNTIED STATES DISTRICT JUDGE