| | |
|---|---|
| JEREMY J. THOMPSON<br>Nevada Bar No. 12503<br>**CLARK HILL PLLC**<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada  89169<br>E-mail:  jthompson@clarkhill.com<br>Telephone:   (702) 862-8300<br>Facsimile:    (702) 862-8400 | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEON HARRIS, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; AND ARVEST CENTRAL MORTGAGE COMPANY,<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-01291-GMN-CWH<br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nicholas M. Wieczorek, Esq. from the firm Clark Hill, PLLC is no longer associated with the above-captioned matter and should be removed from all further notices. The Clark Hill attorney to be noticed for all further filings and hearings is:

JEREMY J. THOMPSON, Nevada Bar No. 12503

E-mail:  jthompson@clarkhill.com

Dated this 8th day of January, 2019.

　　　　　　　　　　　　　　　　　　　CLARK HILL PLLC

　　　　　　　　　　　　　　　　　　　By: /s/ JEREMY J. THOMPSON
　　　　　　　　　　　　　　　　　　　JEREMY J. THOMPSON
　　　　　　　　　　　　　　　　　　　Nevada Bar No. 12503
　　　　　　　　　　　　　　　　　　　3800 Howard Hughes Parkway, Suite 500
　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada  89169

IT IS SO ORDERED.

DATED:  **Jan 09, 2019**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

1     IT IS SO ORDERED.

2 DATED: _____                          _____
                                                       UNTIED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

Pursuant to LR 5-1, I hereby certify that on January 8, 2019, service of the following: Motion for Change of Attorney Designation was served to all noticed parties via ECF.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

/s/ Nancy Rodriguez
Nancy Rodriguez